1
2
3
4
5
6
7

8              UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ROME ROBERT DENNIS,                    No.  2:19-cv-0828-JAM-EFB P

12              Plaintiff,

13       v.                                  ORDER

14    CASTRILLO, et al.,

15              Defendants.

16

17        Mr. Dennis, a state prisoner proceeding without counsel, submitted a civil rights

18    complaint pursuant to 42 U.S.C. § 1983.  ECF No. 1.  He did not, however, properly commence a

19    civil action because he did not sign his complaint. *See* Fed. R. Civ. P. 3.

20        On May 16, 2019, the court informed Mr. Dennis that it could not screen his complaint

21    because he had not signed it.  ECF No. 4 (citing Fed. R. Civ. P. 11(a) (requiring that "[e]very

22    pleading, written motion, and other paper . . . be signed by at least one attorney of record in the

23    attorney's name—or by a party personally if the party is unrepresented.")).  The court also

24    warned Mr. Dennis that this action would be closed if he did not file a signed complaint within

25    thirty days. Those thirty days have passed and Mr. Dennis has still not filed a signed complaint.

26        On July 15, 2019, however, Mr. Dennis sought assistance from the court, stating that he

27    has been retaliated against for commencing this lawsuit and that he does not have "proper legal

28    papers." ECF No. 8.  Mr. Dennis also states that he is neither eating nor drinking and "plan[s] to

die in [his] cause." *Id.* The fact that Mr. Dennis was able to submit his July 15 filing indicates that he is capable of the simple task of signing a complaint. The court will afford Mr. Dennis a thirty-day extension of time to file a signed complaint. To facilitate his doing so the court also direct the Clerk of the Court to send him a form complaint for use by prisoners in section 1983 actions as well as a copy of his previously-filed complaint. Mr. Dennis shall submit a singed complaint within 30 days of this order. Failure to comply with this order may result in an order closing this case.

So ordered.

DATED: July 18, 2019.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE