UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROME ROBERT DENNIS,<br><br>Plaintiff,<br><br>v.<br><br>CASTRILLO, et al.,<br><br>Defendants. | No. 2:19-cv-00828-JAM-JDP (PC)<br><br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 5, 2021, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 5, 2021, are adopted in full;

2. Defendant Castrillo's motion for summary judgment, ECF No. 31, is granted;

3. Plaintiff's First Amendment claim against defendant Castrillo is dismissed for failure to exhaust administrative remedies;

4. Plaintiff's claim against defendant Doe is dismissed without prejudice; and

5. The Clerk of Court is directed to close the case.


Dated:  December 20, 2021                    /s/ John A. Mendez
                                             THE HONORABLE JOHN A. MENDEZ
                                             UNITED STATES DISTRICT COURT JUDGE